IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-92-069-CR





THE STATE OF TEXAS,



 APPELLANT


vs.




ROGER MORALES,



 APPELLEE


 




FROM THE COUNTY COURT AT LAW OF COMAL COUNTY



NO. 91CR-603, HONORABLE FRED CLARK, JUDGE



 




PER CURIAM


 The State appeals an order of the county court granting appellee's motion to
suppress evidence. The underlying offense is possession of marihuana, under two ounces.

 The State has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. Ann.
59(b) (Pamph. 1992).



[Before Chief Justice Carroll, Justices Aboussie and B. A. Smith]

Dismissed On State's Motion

Filed: April 8, 1992

[Do Not Publish]